# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# BEAUFORT DIVISION

| | | |
|---|---|---|
| **Melanie R. Hall, and** | | |
| **Barry Loren Washington,** | ) | Civil Action No. 9:06-750-CWH |
| | ) | |
| **Plaintiffs,** | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **Beaufort Memorial Hospital,** | ) | |
| | ) | |
| **Defendant.** | ) | |

On November 2, 2005, the plaintiffs commenced an action in state court against Claude H. Tolbert, M.D. ("Dr. Tolbert") for medical malpractice, Dr. Tolbert's employer, Beaufort-Jasper-Hampton Comprehensive Health Services ("Health Services"), for vicarious liability, and Beaufort Memorial Hospital for negligence.

On March 9, 2006, the United States removed the action to this Court and moved to substitute itself as defendant in place of Health Services and Dr. Tolbert. The United States alleged that Health Services and Dr. Tolbert were its employees within the meaning of 42 U.S.C. § 233. On March 15, 2006, the Court granted the motion.

On March 23, 2006, the United States filed a motion to dismiss the claims against it because the plaintiffs had failed to exhaust administrative remedies. The plaintiffs did not oppose the motion. Consequently, on July 19, 2006, the Court dismissed the United States from the action. Beaufort Memorial Hospital is the only remaining defendant.

On August 31, 2006, the plaintiffs filed a motion to remand the claims against Beaufort Memorial Hospital to state court. Beaufort Memorial Hospital consents to remanding the action.

Accordingly, the Court remands this action to the South Carolina Court of Common Pleas for Beaufort County.

**AND IT IS SO ORDERED**.

_____

November 13, 2006  **C. WESTON HOUCK**
Charleston, South Carolina  **UNITED STATES DISTRICT JUDGE**

-2-